PER CURIAM.
Affirmed. Southern Bell Tel. & Tel. Co. v. Kaminester, 400 So.2d 804, 807 (Fla. 3d DCA 1981); Ed Skoda Ford, Inc. v. P & P Paint & Body Shop, Inc., 277 So.2d 818, 819 (Fla. 3d DCA), cert. denied, 284 So.2d 395 (Fla.1973); Arrow Beef Corp. v. Dutkin, 183 So.2d 862 (Fla. 3d DCA 1966); Jones v. Royal Palm Ice Co., 145 So.2d 887, 888 (Fla. 3d DCA 1962), cert. denied, 155 So.2d 552 (Fla.1963).